FILED

02/24/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0742

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 22-0742

| | |
|---|---|
| **LITTLE BIG WARM RANCH, LLC and MARK FRENCH**<br><br>        Plaintiffs/Appellants,<br><br>v.<br><br>**WILFRED L. DOLL**<br><br>        Defendant/Cross-Appellant.<br><br>**BRIAN ROBINSON**<br><br><br><br>        Defendant. | **ORDER GRANTING THIRTY (30) DAY EXTENSION** |

Pursuant to the authority granted under M.R.App.P. 26(1), Appellant is given an extension of time until April 5, 2023 to prepare, file and serve Appellant's opening brief.

Dated this day of _____, 2023.

_____
Bowen Greenwood
Clerk of the Supreme Court

Cc: Hertha Lund, Ben Stormes, Monica Tranel, Ross Miller and Philip McCreedy

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
February 24 2023